```
DANA FAITH TRAVIS    SBN 245316
The Travis Law Firm
4275 Lemon St., Suite 201
Riverside, CA 92501
(951) 274-9501
Fax # (951) 778-9621
Attorneys for Debtor(s)
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>　　JENNIE EDEZA<br><br><br>　　　　Debtor(s).<br>_____/ | CASE NO: 6:08-bk-17118-MJ<br>CHAPTER 13<br><br>NOTICE OF HEARING AND OPPOSITION TO MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING.<br><br>DATE: August 8, 2011<br>TIME: 1:30PM<br>DEPT:301 |

　　**PLEASE TAKE NOTICE** that a hearing on the Opposition to Motion for Order Dismissing Chapter 13 Proceeding in the above-entitled case has been set for August 8, 2011 at 1:30 PM in Dept. 301 in the above-entitled court.

Date: July 17, 2011　　　　　　　　　　　THE TRAVIS LAW FIRM

　　　　　　　　　　　　　　　　　　　　By: _/s/ Dana Faith Travis_____
　　　　　　　　　　　　　　　　　　　　DANA FAITH TRAVIS
　　　　　　　　　　　　　　　　　　　　Attorneys for Debtor(s)

1

## ARGUMENT IN OPPOSITION

Debtor will attempt to pay off her plan by the time of the hearing. We will request some additional time if she is unable to pay the full balance by that time.

**THEREFORE**, debtor requests the court not dismiss debtor(s case.

Date: July 17, 2011

THE TRAVIS LAW FIRM

By: _____
DANA FAITH TRAVIS
Attorneys for Debtor(s)

## DECLARATION OF ATTORNEY FOR DEBTORS

I, Donna Poulsen Travis., state:

1. I am one of the attorneys for the debtors in this matter. All facts set forth in this declaration are personally known to me, and I have first hand knowledge of the same. If called as a witness, I could and would competently testify under oath to the facts stated herein.

2. Debtor will attempt to pay off her plan by the time of the hearing. We will request some additional time if she is unable to pay the full balance by that time.

3 We are requesting that the court not allow debtors case to be dismissed as they should be current.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 17, 2011, at Riverside, California.

_____
Donna Poulsen Travis

Rod Danielson
Chapter 13 Trustee
4361 Latham Street, Ste 270
Riverside, CA 92501

## PROOF OF SERVICE

    I am a citizen of the United States and employed in the County of Riverside. I am over the age of 18 years and not a party to the within action; my business address is 4275 Lemon St., Suite 201, Riverside, CA 92501.

[ ] On this date I served the foregoing document(s) on those parties. I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given the appropriate postage and is deposited the same day with the United States Postal Service in the City of Riverside, California.

[ ] On this date I served the foregoing document(s) on those parties as set forth above by transmitting a true copy thereof **VIA FACSIMILE,** and also by placing a true and correct copy thereof, enclosed in a sealed envelope and addressed in the above manner set forth, in the designated area for outgoing mail. FAX NO: (__) _____.

[ X ] **(By personal service)** I caused said foregoing document(s) to be delivered by had to the office or the residence of the addressee as shown above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 17, 2011          at Riverside, California.

By: _____
      Donna Poulsen Travis

3